UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FRANZ P. SCHAUER, TRUSTEE )
)
Plaintiff ) Case No. 1:10-cv-01148-RBW
)
v. )
)
THOMAS J. VILSACK )
)
Defendant )

---

AFFIDAVIT OF SERVICE

Franz P. Schauer, being first duly sworn upon his oath, deposes and says

1. I am trustee for the Marie N. Schauer Trust and the Albert F. Schauer Trustee in this matter.

2. I state the following from my own personal knowledge and affirm that the facts stated herein are true and correct to the best of my knowledge.

3. On the 7th of July, 2010, I caused a Summons and Complaint to be served by mailing them certified mail, postage-prepaid and return receipt requested to:

    a. Thomas J. Vilsack, Secretary, U.S. Department of Agriculture, 1400 Pennsylvania SW, Washington, D.C., 20250 with delivery on July 13, 2010.

    b. Eric Holder, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania SW, Washington, D.C. 20250 with delivery on July 13, 2010.

    c. Ronald C. Machen, Jr, U.S Attorney for the District of Columbia, Judiciary Square Building, 555 Fourth Street, NW, Washington, D.C. 20530 with delivery on July 13, 2010.

4. A true and correct copy of the return receipt card for each of the aforementioned is attached here to as Exhibit A, evidencing that service was completed on July 13, 2020.

1

DATED this _26_ day of July, 2010

_____
Franz P. Schauer, Trustee

SUBSCRIBED AND SWORN TO before me this _26_ day of July, 2010 by Franz P. Schauer.

_____
Notary Public

My Commission expires: 4/11/2014

2

# Exhibit A

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X C M Young ☐ Agent ☐ Addressee
B. Received by (Printed Name): M. Young
C. Date of Delivery: 7-13-10
D. Is delivery address different from item 1? ☑ Yes / ☐ No

1. Article Addressed to:
THOMAS VILSACK
SEC, USDA
1400 PENNSYLVANIA AVE SW
WASHINGTON, D.C.
20250

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 1300 0000 0739 6880

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
(same instructions)

A. Signature: X
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes / ☐ No

1. Article Addressed to:
ERIC HOLDER, U.S. ATTORNEY GENERAL
U.S. DEPT OF JUSTICE
950 PENNSYLVANIA AVE
WASHINGTON, DC
20530-2000

(stamp: JUL 13 2010)

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7008 1300 0000 0739 6866

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION
(same instructions)

A. Signature: X
B. Received by (Printed Name):
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes / ☐ No

1. Article Addressed to:
RONALD C. MACHEN, JR.
U.S. ATTORNEY FOR DC
JUDICIARY SQ. BLDG
555 FOURTH STREET, NW
WASHINGTON, DC 20530

(stamp: JUL 13 2010)

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7008 1300 0000 0739 6873

PS Form 3811, February 2004   Domestic Return Receipt