UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIE N. SCHAUER TRUST | ) | |
| Franz P. Schauer, Trustee | ) | |
| c/o Barbara A. Schauer | ) | |
| 1504 Vermont Avenue, NW | ) | |
| Washington, DC   20005 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| ALBERT F. SCHAUER TRUST | ) | Civil Action No. 10-1148 (RBW) |
| Franz P. Schauer, Trustee | ) | Electronic Case Filing |
| c/o Barbara A. Schauer | ) | |
| 1504 Vermont Avenue, NW | ) | |
| Washington, DC   20005 | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS J. VILSACK | ) | |
| In his Official Capacity as the United States | ) | |
| Secretary Of Agriculture | ) | |
| 1400 Pennsylvania Ave.,SW | ) | |
| Washington, DC   20250 | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United

States Attorney **Rhonda C. Fields** as counsel for the defendants in the above-captioned case.

        Respectfully submitted,

        <u>/s/ Rhonda C. Fields</u>
        RHONDA C. FIELDS
        United States Attorney's Office
        Judiciary Center Building
        555 4th Street, N.W. - Room E4804
        Washington, D.C. 20530