UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT F. SCHAUER TRUST ET AL, <br>     Plaintiffs | : <br> : <br> : |
| v. | : CA 10-1148 (RBW) <br> : |
| THOMAS VILSACK, <br>     Secretary, Department of Agriculture, <br>     Defendant | : <br> : <br> : |

MEET AND CONFER STATEMENT

Pursuant to the Court's Order dated October 21, 2010, Defendant on behalf of the parties submits this Meet and Confer Statement.[1]

The above captioned matter is an action for judicial review on an administrative record of a final administrative action by the National Appeals Division (NAD) of the United States Department of Agriculture (USDA) in case number 2008E000553. As such it is exempted from the requirements of LCvR 16.3 and Rules 16(b) and 26(f), Federal Rules of Civil Procedure.

The action is brought pursuant to the Administrative Procedure Act (APA), 5 U.S.C. § 551, *et. seq.* and the National Food Security Act of 1985, 16 U.S.C. § 3801, *et seq*. The agency action at issue is the wetlands designations applied to twenty-one sites on Plaintiffs' Farm in McLeod County, Minnesota, designated as Tract 2437.

The parties do not believe that there is a realistic possibility of settling the case at this time, or that pursuing Alternative Dispute Resolution (ADR) at this time would be productive, but reserve the right to request ADR in the future should it appear appropriate.

---

[1] Defendant has consulted with Franz P. Schauer, the Trustee, who is acting on behalf of the pro se Plaintiffs, and Plaintiffs agree to the filing of this statement on behalf of the parties.

The parties do not consent to assignment of the case to a Magistrate Judge for all purposes.

The parties respectfully request that the following schedule be set in this matter:

A dispositive motion may be filed by either party on or before March 1, 2011.

A response to any dispositive motion filed may be filed on or before April 1, 2011.

A reply may be filed on or before April 15, 2011.

Respectfully submitted,

RONALD C. MACHEN Jr. , D.C. Bar #447889
United States Attorney

RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

By:            /s/ Rhonda C. Fields
        RHONDA C. FIELDS
        Assistant United States Attorney
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        202/514/6970
        Fax:   202/514/8780

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 17th day of November, 2010, a copy of the foregoing Meet and Confer Statement was mailed, postage prepaid to
Franz P. Schauer
c/o/ Barbara A. Schauer
1504 Vermont Ave. NW
Washington D.C. 20005
and by email to franzpsch@gmail.com.

       /s/ Rhonda C. Fields
      Rhonda C. Fields
      Assistant United States Attorney