UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANZ P. SCHAUER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-1148 (RBW) |
| ) | |
| THOMAS J. VILSACK, ) | |
| in his official capacity as the ) | |
| United States Secretary of Agriculture, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The parties appeared before the Court on December 3, 2010, and this Order accompanies the oral rulings made by the Court at the December 3, 2010 hearing. Accordingly, it is hereby **ORDERED** that

1. The plaintiff's motion for summary judgment shall be filed on or before March 1, 2011.

2. The defendant's opposition and/or cross-motion for summary judgment shall be filed on or before April 1, 2011.

3. The plaintiff's reply and/or opposition to the defendant's cross motion shall be filed on or before April 29, 2011.

4. The defendant's reply to the plaintiff's opposition to the defendant's cross-motion shall be filed on or before May 27, 2011.

5. The parties shall appear before this Court for a status hearing on September 2, 2011, at 9:00 a.m. in Courtroom 16 of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 3rd day of December, 2010.

_____/s/_____
REGGIE B. WALTON
United States District Judge